HENRY PARISH, Individually, and as Executor of DANIEL PARISH, Deceased, et al., Appellants, *v.* SUSAN DELAFIELD PARISH et al., Defendants.

JACOB ROTHSCHILD, Respondent.

(Submitted November 30, 1903; decided December 8, 1903.)

Motion to amend remittitur denied, with ten dollars costs. (See 175 N. Y. 181.)

---

THE KNICKERBOCKER ICE COMPANY, Appellant, *v.* THE FORTY-SECOND STREET AND GRAND STREET FERRY RAILROAD COMPANY et al., Respondents.

(Submitted November 30, 1903; decided December 8, 1903.)

Motion for reargument denied, with ten dollars costs. (See 176 N. Y. 408.)